UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| KEVIN W. BROWN, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. 1:05CV00066 ERW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

### MEMORANDUM AND ORDER

This matter is before the Court upon the motion of Kevin W. Brown to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 [Doc. #1].

### Background

Movant pled guilty to one count of being a felon in possession of a firearm. See United States v. Brown, No. 1:01CR85(ERW) (E.D. Mo.). On June 24, 2002, movant was sentenced to 60 months imprisonment, 3 years supervised release, and a $100 special assessment. Id. Movant did not appeal either his conviction or his sentence. The Court's records indicate that movant has not previously filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

### The motion

Movant alleges that his conviction and sentence are invalid because he was denied effective assistance of counsel.

## Discussion

Title 28 U.S.C. § 2255 now provides that a one-year period of limitations applies to § 2255 motions. Because movant did not appeal his conviction and sentence, he had until approximately July 7, 2003, to file a § 2255 motion.[1] The instant § 2255 motion was not filed until April 25, 2005. Therefore, the instant § 2255 motion is time barred. Cf. Myers v. Vogal, 960 F.2d 750, 757 (8th Cir. 1992) (pre-service dismissal is proper where it is clear that statute of limitations has run).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 [Doc. #1] is **DISMISSED**, without prejudice, as time barred.

An appropriate order shall accompany this memorandum and order.

So Ordered this 21st Day of June, 2005.

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**

---

[1] Federal Rule of Appellate Procedure 4(b)(1)(A) provides that movant's notice of appeal had to be filed within 10 days after the entry of the judgment sentencing him.